1  PHILLIP A. TALBERT
   United States Attorney
2  BOBBIE J. MONTOYA
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2775

5  Attorneys for Defendant
   United States Postal Service

6

7               IN THE UNITED STATES DISTRICT COURT

8              FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10  FRANK GUILLOT,                          Case No. 1:16-CV-01307-AWI-MJS

11                      Plaintiff,          STIPULATION FOR EXTENSION OF TIME FOR
                                            DEFENDANT UNITED STATES POSTAL
12            v.                            SERVICE TO RESPOND TO COMPLAINT

13  TERRENCE FERRELL, THE UNITED            **AND**
    STATES POSTAL SERVICE, AND DOES 1-
14  20, INCLUSIVE,                          **ORDER THEREON**

15                      Defendants.         **(AUGUST 25, 2017 DEADLINE)**

16

17        Plaintiff Frank Guillot and defendant United States Postal Service (USPS), by and through their

18  undersigned counsel, hereby agree and stipulate, subject to the court's approval, that defendant USPS

19  shall have a thirty-day extension of time, to September 13, 2017, to respond to the plaintiff's complaint.

20        IT IS SO STIPULATED.

21  DATED: August 15, 2017                  PHILLIP A. TALBERT
                                            United States Attorney
22

23                                            */s/ Bobbie J. Montoya*

24                                          _____
                                            BOBBIE J. MONTOYA
25                                          Assistant United States Attorney

26                                          Attorneys for Defendant
                                            United States Postal Service
27

28

DATED:  August 15, 2017

THE FOLLAND LAW GROUP

*/s/ Brian N. Folland*  (auth. 8/14/17)
_____

BRIAN N. FOLLAND

Attorneys for Plaintiff Frank Guillot


## ORDER

The Court **REJECTS** the parties' STIPULATION FOR EXTENSION OF TIME FOR

DEFENDANT UNITED STATES POSTAL SERVICE TO RESPOND TO COMPLAINT IN Case

No.  1:16-CV-01307-AWI-MJS  because no justification whatsoever, much less good cause,

was provided in support of the requested relief  and the said request for relief come only ten

days after a Scheduling Conference and Order in which the Defendant in this already long-

delayed case advised it would, and it was ordered to, file its responsive pleading on or before

August 14, 2017.

The Defendant United States Postal Service is ORDERED to file its response to the

Complaint in this action **on or before August 25, 2017.**


IT IS SO ORDERED.

Dated:   August 15, 2017

/s/ *Michael J. Seng*
_____
UNITED STATES MAGISTRATE JUDGE