1
2
3
4
5
6
7
<u>8</u>
9
10
11

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

12 FRANK GUILLOT,                    Case No. 1:16-cv-01307-AWI-MJS

13          Plaintiff,                **ORDER SANCTIONING PLAINTIFF'S COUNSEL**

14     v.

15 TERRENCE FERRELL, et al.,

16          Defendants.

17

18     On August 7, 2017, this Court issued its Fed. R. Civ. P. 16 Scheduling Order

19 (ECF No. 18).  Because Defendant Terrence Ferrell had been served with the

20 Complaint in this action on February 26, 2017, but had not, as of August 7, 2017, filed a

21 responsive pleading or otherwise appeared or been excused from doing so, and

22 because Plaintiff's counsel was unable to provide a reasonable explanation for same,

23 the Court included in its said Scheduling Order the following:  "Plaintiff shall enter the

24 default of Defendant Terrence Ferrell on or before August 7, 2017."  (ECF No. 18,

25 Section IV.)

26
27     No such default was requested or entered on or before August 7, 2017.

28

On August 15, 2017, the Court ordered Plaintiff and Plaintiff's Counsel to show cause on or before August 29, 2107, why they should not be held in contempt and/or otherwise sanctioned for failure to comply with the Court's order to have entered default against Defendant Terrence Ferrell before August 7, 2017. (ECF No. 21.)

Plaintiff's counsel has not responded to the said order to show cause nor made any effort to explain the failure to comply with the Court's Order. Plaintiff did, however, request the entry of default of said Defendant on August 22, 2017 and has moved for default judgment. (ECF Nos. 24-25.)

No good cause for Plaintiff's failure to comply with the Court's Order has been presented. Since the Court has no information as to whether Plaintiff was aware of the Order or the failure to comply with it, but counsel for Plaintiff has a duty to be aware and responsive and nevertheless failed to do so, the Court hereby sanctions Plaintiff's counsel in the amount of $250.00.

Accordingly, IT IS ORDERED that Plaintiff's counsel of record Brian Folland shall, within fourteen days of the date of this Order,  pay the sum of $250.00 to the U.S. District Court, Eastern District of California, as and for a sanction for failure to comply with this Court's Order.

IT IS SO ORDERED.

Dated:   September 14, 2017          /s/ *Michael J. Seng*

UNITED STATES MAGISTRATE JUDGE